W. B. CASSELL et al. *vs.* CHESAPEAKE AND POTOMAC TELEPHONE COMPANY.

Appeal from the Circuit Court of Baltimore City (STEIN, J.).

Bill by W. B. Cassell against the Chesapeake and Potomac Telephone Company. From an order sustaining a demurrer to the bill, the plaintiff and William Milnes Maloy, People's Counsel, appeal. Appeal dismissed.

The cause was argued, together with that next preceding, before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*William Milnes Maloy, People's Counsel,* and *J. Wallace Bryan,* with whom was *Thomas H. Robinson, Attorney General,* on the brief, for the appellants.

*Charles McHenry Howard* and *Shirley Carter*, with whom were *Piper, Carey & Hall,* and *Venable, Baetjer & Howard* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.

In this case a subscriber, filing his bill on behalf of an association of subscribers, prayed an injunction against the initiation by the telephone company of its new schedule of rates pending the investigation by the Public Service Commission into the reasonableness of those rates. A demurrer filed by the telephone company was sustained, and this appeal has been taken from the order sustaining it. There was in this case an additional question of the right of the appellant Cassell to have an injunction issued on his application as a subscriber. The appeal in this case, too, is dismissed for the reasons stated in the opinion filed on the dismissal of the appeal in the case of *Public Service Commission v. Chesapeake and Potomac Telephone Company.*

*Appeal dismissed, with costs.*